**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 01-10341**
**Summary Calendar**

**MARCY MERNIK,**

**Plaintiff-Appellant,**

**VERSUS**

**CLASSIC CARS, INC., doing business as Classic BMW,**

**Defendant-Appellee.**

Appeal from the United States District Court
For the Northern District of Texas

(3:99-CV-1327-P)

September 6, 2001

Before JOLLY, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Marcy Mernik, Appellant, filed this suit in the District Court for the Northern District of Texas against her former employer, Classic Cars, Inc., alleging claims for sex discrimination, sexual harassment, and retaliation pursuant to Title VII of the Civil Rights Act of 1964. Classic Cars, Inc. answered and moved for

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

summary judgment on the grounds that Mernik was terminated because of a history of insubordination and repeated tardiness. The District Court in a Memorandum Opinion and Order filed June 28, 2000, granted Classic Cars, Inc.'s motion for summary judgment and Mernik appealed.

We have carefully reviewed the briefs, the record excerpts, and relevant portions of the record. For the reasons stated by the District Court in its Memorandum and Order, we affirm the grant of summary judgment in favor of Classic Cars, Inc.

**AFFIRMED.**